IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00209-BO

| | |
|---|---|
| LILLIAN MOORHOUSE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK BISIGNANO, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | **ORDER** |

Upon consideration of Plaintiff's petition for an award for attorney's fees in the sum of $10,000.00, representing less than 25% of Plaintiff's accrued back benefits,

It is therefore ORDERED that Plaintiff's counsel, Derrick K. Arrowood, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the sum of $10,000.00. Upon receipt, Plaintiff's counsel shall then reimburse Plaintiff the sum of $4,800.00 previously awarded under the EAJA, 28. U.S.C. § 2412.

This _____ day of July_____, 2025,

TERRENCE W. BOYLE,
United States District Judge