UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LILLIAN MOORHOUSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ATTORNEY FEES** |
| v. ) | **JUDGMENT** |
| ) | |
| FRANK BISIGNANO, ) | 5:22-CV-209-BO |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's counsel, Derrick K. Arrowood, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(6), in the sum of $10,000.00. Upon receipt, Plaintiff's counsel shall then reimburse Plaintiff the sum of $4,800.00 previously awarded
under the EAJA, 28. U.S.C. § 2412.

**This judgment filed and entered on July 21, 2025, and served on:**
Derrick Arrowood (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Cassia Parson (via CM/ECF NEF)

July 21, 2025

PETER A. MOORE, JR., CLERK

/s/Lindsay Stouch
By: Deputy Clerk